# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1376

_____

Ronnie Jerome Jackson, III

*Plaintiff - Appellant*

v.

Kathy Reid; Katherine Powers-Johnson, in their individual capacities;

*Defendants - Appellees*

Tom Roy, in his official capacity

*Defendant*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 17, 2018
Filed: July 20, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Ronnie Jerome Jackson, III, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Viewing the record in a light most favorable to Jackson, and drawing all reasonable inferences in his favor, see Sisney v. Kaemingk, 886 F.3d 692, 697 (8th Cir. 2018), we agree with the district court that defendants Kathy Reid and Katherine Powers-Johnson were entitled to summary judgment.[2] The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.

[2]The claims Jackson has abandoned have not been considered. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (abandonment of claims).